JS-6

Lauren A. Welling (SBN 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd. Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573

*Attorneys for Plaintiff, Jane Roe RC 23*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JANE ROE RC 23,<br><br>Plaintiff,<br><br>vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, A CORPORATION SOLE AND DOES 4 TO 100,<br><br>Inclusive,<br><br>Defendants. | Case No. 5:24-cv-02383-KK-SHK<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to: Judge Hon. Kenly K. Kato<br>Referred to: Magistrate Judge Shashi H. Kewalramani |

**ORDER OF DISMISSAL**

**ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 28, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE